**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LARRY MOORE,

                Plaintiff,

Case Number: 06-13729

HON. MARIANNE O. BATTANI

v.

M. PALUS, et al.,

                Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on September 24, 2008, (Doc. 24), and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED**. Defendant's complaint is **DISMISSED** in its entirety.


                s/Marianne O. Battani
                MARIANNE O. BATTANI
                UNITED STATES DISTRICT JUDGE

Dated: November 3, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were mailed to Plaintiff and counsel of record on this date by ordinary mail and electronic filing.

                _____ s/Bernadette M. Thebolt
                Deputy Clerk